# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, J. MCFARLANE, G.G. GERDING**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**COREY J. HOLIFIELD**
**LANCE CORPORAL (E-3), U.S. MARINE CORPS**

**NMCCA 201300382**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 18 July 2013.
**Military Judge:** LtCol Elizabeth Harvey, USMC.
**Convening Authority:** Commanding Officer, Security and Emergency Services Battalion, Marine Corps Base, Camp Pendleton, Ca.
**Staff Judge Advocate's Recommendation:** LtCol P.A. Tafoya, USMC.
**For Appellant:** CAPT Stephen White, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**30 January 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court